Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.

**No. 59450.**—Alexanders Dept. Stores, Inc., and Ascot, Ltd. *v.* United States, protests 259609–K and 259580–K (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.

**No. 59451.**—Pennson International Corporation *v.* United States, protest 247330–K (Detroit).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of brass rods similar in all material respect to those the subject of *John V. Carr & Son, Inc.* v. *United States* (33 Cust. Ct. 286, C. D. 1666), the claim of the plaintiff was sustained.

**No. 59452.**—J. C. Siegelman Co., Inc. *v.* United States, protest 270258–K (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of cotton velveteen twill-back cloth, having a length of staple of the cotton contained therein of under 1⅛ inches, the claim of the plaintiff was sustained.